IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HAN-A TOOLS CO., LTD.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:21-cv-00520

Judge Charles P. Kocoras

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 352 | avantdigital |
| 359 | digitalfromchina |
| 377 | old-jade-stone-antique-shop |
| 347 | agmarshop |
| 390 | wanyang2015 |
| 255 | niobuybuy |
| 166 | meyoutoluck6 |
| 215 | weightbuy |
| 258 | chernafull71 |
| 226 | anananet |
| 271 | sadetti001 |
| 316 | Dnwhshdksusvshxjdhsh |
| 257 | Westernatiol |
| 256 | translatedal |
| 315 | WSUIA CBJE516 |
| 275 | pineda jose |
| 262 | nicegoodco |
| 335 | Dilusso965 |
| 161 | showyouvalue |

| | |
|---|---|
| 278 | mericardo998 |
| 277 | Laura Alvarado |
| 232 | wuyanying |
| 251 | xiwangtianye |
| 254 | serenity88 |
| 253 | popaadjlular |
| 273 | hannahwhite |
| 321 | zhangxiaoqiang1 |
| 322 | zhangxueying2 |
| 478 | geli tools Store |
| 401 | Hangzhou Ya An Electronic Commerce Co., Ltd. |
| 466 | Hi-Spec Official Store |
| 514 | Hi-spec Factory Store |
| 220 | ZAZAIIOO |
| 59 | homelife@fashion_best |
| 293 | PINTUDY |

DATED:  May 7, 2021

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 7, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt