IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAN-A TOOLS CO., LTD., | |
| Plaintiff, | Civil Action No.: 1:21-cv-00520 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 12, 2021 [44] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 456 | DIHAKI Tool Store |
| 464 | Daily Tool Store |
| 507 | Lighting & Tools Store |
| 459 | DIHAKI Tool Improvement Store |
| 469 | Eletorot Indoor Lighting Store |
| 463 | JA jlakdfaliyun Store |
| 471 | Daily Necessities and Tools Store |
| 467 | XSDS Store |
| 470 | SDF2019 Store |
| 462 | Shop5055046 Store |
| 559 | Shop910348306 Store |

THEREFORE, full and complete satisfaction of said THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the

Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: May 17, 2021

Respectfully submitted,

*signature*

Keith A. Vogt, Esq. (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF(S)***

Subscribed and sworn before me by Keith A. Vogt, on this 17 of May, 2021.

Given under by hand and notarial seal.

*Griselda Delgado*
NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook

*"OFFICIAL SEAL"*
GRISELDA DELGADO
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 07/24/2022