

**FILED**

AUG 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

312-435-5670



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton
Clerk

| | |
|---|---|
| Han-A Tools Co., Ltd. ) | |
| v. ) | |
| ) | USDC Case Number: 1:21-cv-00520 |
| The Individuals, Corporations, Limited ) | |
| Liability Companies, Partnerships and ) | |
| Unincorporated Associations as ) | |
| Identified on Schedule A ) | |

Judge: Honorable Charles P. Kocoras

### Notice of Removal of Material
### from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Han-A Tools Co., Ltd.

| 02/02/2021 | view15 | BOND on Injunction in the amount of $ 10,000.00 posted by HAN-A TOOLS CO., LTD. (Document not imaged) (td, ) (Entered: 02/03/2021) |
|---|---|---|

I, Cameron McIntyre, am authorized to remove the above-described documents from the court.

Signature: _____

Firm: Jiangip

By: N. Finley
/s/ Deputy Clerk

Date: 8/13/26

Rev. 09/23/2016